**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-2252**

———————

RACQUEL L.,

          Plaintiff - Appellant,

   v.

COMMUNITY COLLEGE OF BALTIMORE COUNTY, CEED, CONED, CCBC,

          Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:22-cv-03255-SAG)

———————

Submitted:  October 10, 2024                        Decided:  October 15, 2024

———————

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Racquel L., Appellant Pro Se.  Clifford Bernard Geiger, ISLERDARE PC, Vienna, Virginia; Mathew Leonard Moldawer, KOLLMAN & SAUCIER, PA, Timonium, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

"Racquel L." appeals the district court's order granting the Defendant's motion to dismiss and dismissing with prejudice Appellant's complaint alleging various employment-related and state law tort causes of action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Lewis v. Cmty. Coll. of Balt. Cnty.*, No. 1:22-cv-03255-SAG (D. Md. Nov. 3, 2023).  We further grant Appellant's motion to seal and seal the identified documents.  We deny Appellant's motion to proceed under a pseudonym.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*